AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Texas

FILED
DEC 20 2018
Clerk, U.S. District Court
Texas Eastern

| United States of America | ) | |
|---|---|---|
| v. | ) | SEALED |
| | ) | Case No. 6:18-MJ-120 |
| CHARLES ORANGE | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __12/20/2018__ in the county of __Gregg__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) | Receipt of Child Pornography. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Burton Reavis, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12-20-18

_____
Judge's signature

City and state: Tyler, Texas     John D. Love, United States Magistrate Judge
*Printed name and title*