IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CASE NO. 6:19-CR-00004-RWS |
| CHARLES ORANGE | § § | |

### VERDICT OF THE JURY

As to Count 1 of the First Superseding Indictment,

we, the jury, find the Defendant, **Charles Orange**,



_____GUILTY_____          _____
            (Guilty)                                      (Not Guilty)

**If, and only if**, you have found the defendant guilty of the offense charged in Count 1 of the First Superseding Indictment, then you must consider the following special issue:

We, the jury, find that the child pornography possessed by the Defendant, Charles Orange, involved a prepubescent minor or a minor who had not attained 12 years of age?



_____YES_____          _____
           (Yes)                                       (No)



SEPT. 16, 2020
Date